John McCarthy, appellee, v. Margaret A. McCarthy et al., on appeal of Bertha H. McCarthy, appellant. Gen. No. 24,162.

Bill for partition. Decree for complainant: Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 12, 1919. *Certiorari* denied by Supreme Court (making opinion final).

William S. Hefferan, for appellant. Edward J. Kelley, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Alfred Nelson, appellee, v. Henry L. Newhouse, appellant. Gen. No. 24,230.

Action to recover for labor and materials furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 12, 1919. Rehearing denied March 25, 1919.

Adler, Lederer & Beck, for appellant. O. D. Olson, for appellee; O. C. Peterson, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Briggs & Turivas (a corporation), appellant, v. Erie Iron & Steel Company, appellee. Gen. No. 24,095.

Action to recover for merchandise sold. Judgment for plaintiff for undisputed amount of claim and for defendant on set-off. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and judgment here. Opinion filed March 18, 1919. Rehearing denied March 28, 1919.

Benjamin B. Morris and Aaron R. Eppstein, for appellant. Montgomery, Hart & Smith, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

I. Lurya Lumber Company, appellant, v. Bertha M. Koehn et al., appellees. Gen. No. 24,232.

Bill to establish a mechanic's lien. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919.

Hyman Soboroff, for appellant. Edmund W. Froehlich, for appellees.

Mr. Presiding Justice McDonald delivered the opinion of the court.